UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RANDY E. JACKSON,

    Petitioner,

v.                                             Case No. 08-C-235

DENNIS KOCKEN,

    Respondent.

## ORDER

On March 17, 2008 Randy Jackson filed this petition for habeas corpus, asserting that his state custody violates various provisions of state law. He is currently incarcerated at the Brown County Jail. The petition does not set forth any basis for federal habeas relief, however. It asserts various violations of state law, but does not present grounds for finding that petitioner's custody violates federal law or the Constitution. Moreover, it does not appear that petitioner has exhausted any state remedies, which is a prerequisite to seeking federal habeas relief. 28 U.S.C. § 2254(b)(1)(A). Accordingly, the petition will be **DISMISSED**. The motion to proceed *in forma pauperis* is **GRANTED**, to the extent that the filing fee will be waived.

THEREFORE, **IT IS ORDERED** that this petition is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated this   7th   day of April, 2008.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge